# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2951
LT Case No. 2023-10331-CJDL

_____

N.C., MOTHER OF D.S. and M.A.,
CHILDREN,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Linda L. Gaustad, Judge.

Tiffany Gatesh Fearing, of Suncoast Legal Group, P.L., Spring
Hill, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Laura J. Lee, Assistant Director of Appeals, of the Statewide
Guardian ad Litem Office, Tallahassee, and Ian Edward Waldick,
of Parker Hudson Rainer & Dodds, LLP, Tallahassee, for the
Statewide Guardian ad Litem Office.

February 16, 2024

PER CURIAM.

AFFIRMED.

EISNAUGLE, SOUD, and KILBANE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————